■ HARRIET S. WOLF et al., Appellants, v. FOOD FAIR STORES, QUEENS, INC., Respondent.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from so much of an order as failed to direct respondent to produce additional employees other than respondent's porter for examination before trial. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.